IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM C. COLEMAN
# 258370

PLAINTIFF

V

JEFFERSON DUNN
COMMISSIONER, ADOC ET AL

DEFENDANTS

RECEIVED July 25, 2022

2022 JUL 27 A 11:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case: 22-CV-157-WHA-CSC

## MOTION

### REQUEST TO FILE AN AMMENDED COMPLAINT.

COMES NOW PLAINTIFF WILLIAM C COLEMAN, AND PETITIONS THIS HONORABLE COURT, AND DEFENDANTS, TO ALLOW COLEMAN TO SUBMIT AN AMMENDED COMPLAINT TO HIS ORIGINAL COMPLAINT OF APRIL 1, 2022, TO INCLUDE DEFENDANTS NOT LISTED IN THE ORIGINAL COMPLAINT. AS FOLLOWS:

DR BRADFORD, OPTOMETRIST, ADOC
DR JEAN FORTIN, EYE CENTER SOUTH, DOTHAN, AL
DR SEBASTIAN HEERSINK, EYE CENTER SOUTH, DOTHAN AL
SCHEDULER FOR WEXFORD HEALTH SOLUTIONS, BULLOCK CORR, FACILITY

### CERTIFICATE OF SERVICE.

I, WILLIAM C. COLEMAN, CERTIFY UNDER PENALTY OF PERJURY, THAT I PLACED THIS DOCUMENT IN THE PRISON LEGAL MAIL TO BE MAILED 1ST CLASS, US POSTAL SERVICE POSTAGE ATTACHED ON JULY 25, 2022 AND SERVED A COPY BY SAME TO

PHILLIP G. PIGGOTT
TWO PERIMETER PARK SOUTH, SUITE 445E
BIRMINGHAM, AL 35243

*William C Coleman*
WILLIAM C. COLEMAN
258370 E2-57A
BULLOCK CORR FACILITY
PO BOX 5107
UNION SPRINGS, AL 36089

*William C Coleman*

William Coleman
258370 I2-57A
Bullock Corr. Facility
PO Box 5107
Union Springs, AL 36089

MONTGOMERY AL 360
26 JUL 2022 PM 4



**LEGAL**

36104-401801

U.S. District Court
Middle District of Alabama
One Church St, Ste B-110
Montgomery, AL 36104-4018