IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

WILLIAM C COLEMAN
258370
PLAINTIFF

V

JEFFERSON DUNN ET AL.
DEFENDANTS

CASE NO.
2:22-CV-157-WHA-CSC

RECEIVED
2022 AUG 23 A 9:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT

PLAINTIFF WILLIAM C. COLEMAN, PURSUANT TO RULES 15(a) AND 19(a) FED.R.CV.P REQUESTS LEAVE TO FILE AN AMENDED COMPLAINT ADDING 4 PARTIES.

DR JEAN FORTIN, OPTHALMOLOGIST, EYE CENTER SOUTH DOTHAN, AL.

DR SEBASTIAN HEERSINK, OPTHALMOLOGIST, EYE CENTER SOUTH DOTHAN, AL.

DR BRADFORD, OPTOMETRIST, ADOC

SCHEDULER FOR WEXFORD HEALTH SOLUTIONS, BCCF

THE GROUNDS ON WHICH COLEMAN'S COMPLAINT IS BASED, HAS NOT CHANGED.

COLEMAN ASSERTS THAT THE ABOVE LISTED DEFENDANTS WERE COMPLICIT IN ACTIONS THAT RESULTED IN HIS INJURY.

COLEMAN CONTENDS THAT ADDING SAID DEFENDANTS WILL NOT UNDULY DELAY PROCEEDINGS OR PREJUDICE THE PROCEEDINGS IN ANY WAY.

I CERTIFY THAT I PLACED THIS DOCUMENT IN THE PRISON MAIL ON THE 20TH DAY OF AUGUST, 2022. AND SERVED A COPY ON PHILIP G PIGGOT, TWO PERIMETER PARK SOUTH. SUITE 445E, BIRMINGHAM, AL 35243

RESPECTFULLY
William C. Coleman

WILLIAM C. COLEMAN, 258370
BULLOCK CORRECTIONAL FACILITY
PO BOX 5107
UNION SPRINGS, AL 36089

William C. Coleman
258370 I2-57A
Bullock Corr. Facility
PO Box 5107
Union Springs, AL 36089



U.S. District Court
Middle District of Alabama
One Church Street
Suite B-110
Montgomery, AL 36104-4018